IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      Case No. 02-C-0092-C

PAULA J. GRENIER a/k/a PAULA J.
PEERENBOOM GRENIER,

    Defendant.

---

**ORDER APPROVING RENEWAL OF THE UNITED STATES' JUDGMENT LIEN**

---

Based on the United States' Motion and good cause appearing,

THE COURT HEREBY APPROVES the renewal of the United States of America's judgment lien against Paula J. Grenier in accordance with the provisions of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3201.

Dated this 30TH day of July, 2021.

/s/ Barbara B. Crabb
BARBARA B. CRABB
United States District Judge